E-FILED
Tuesday, 14 March, 2023  02:43:01 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 11-30040-001** |
| | ) | |
| **CARLOS D. DAY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>OPINION</u>

**SUE E. MYERSCOUGH, United States District Judge:**

Defendant Carlos Day began serving a supervised release term on March 7, 2022. The United States Probation Office in the Southern District of Texas believes that Defendant has violated several conditions of supervised release, some of which are law violations, and recommends that Defendant's term of supervision be revoked. Each of the six alleged violations occurred in Houston, Texas.

The Court has discussed the matter with the Supervisory United States Probation Officer in Springfield, Illinois, who advises that Defendant has been supervised by the probation office in

Houston since Defendant was released from Bureau of Prisons custody more than one year ago.  Because the probation office in the Southern District of Texas has been supervising the Defendant and the arresting officers and evidence concerning any crimes are located in Houston, the Court concludes that the probation office in the Southern District of Texas should file the Probation Form 12C Petition for Warrant or Summons for Offender Under Supervision. Therefore, the Court declines to enter a Petition for Warrant for Offender Under Supervision.

ENTER: March 14, 2023

/s/ *Sue E. Myerscough*
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE